```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

ELIZABETH ECKERT,               :
                                :
      Plaintiff,                :
                                :
      v.                        :     CASE NO.  3:13cv1624(RNC)
                                :
JARDEN CORPORATION,             :
                                :
      Defendant.                :
```

MEMORANDUM OF CONFERENCE

On January 13, 2014, the court held a telephonic conference. The plaintiff was represented by Attorney Carolan and the defendant was represented by Attorneys Lynch and Vitu.

Counsel agreed to have further discussion regarding a stipulation substituting Sunbeam as the defendant.

Plaintiff's counsel offered to send the defendant medical information and photographs. A settlement conference at the present time would not be productive. Counsel are encouraged to continue their settlement discussions. If at any time counsel believe a settlement conference is likely to be productive, they may jointly request such a conference by contacting the chambers of the undersigned.

A telephonic conference is scheduled for February 19, 2014 at 10:15 a.m. Defense counsel shall initiate the conference call and shall have plaintiff's counsel on the line when calling chambers at (860) 240-3605.

SO ORDERED at Hartford, Connecticut this 17th day of January, 2014.

```
                            _____/s/_____
                            Donna F. Martinez
                            United States Magistrate Judge
```