```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

ELIZABETH ECKERT,                  :
                                   :
     Plaintiff,                    :
                                   :
     v.                            :     CASE NO.  3:13cv1624(RNC)
                                   :
JARDEN CORPORATION,                :
                                   :
     Defendant.                    :

                         MEMORANDUM OF CONFERENCE

On February 19, 2014, the court held a telephonic conference. The plaintiff was represented by Attorney Carolan and the defendant was represented by Attorneys Lynch and Vitu.

Defense counsel stated that the proper defendant is Sunbeam, Inc. and that the defendant has no objection to the plaintiff filing an amended complaint.  Counsel shall work together to name the proper defendant.

The defendant removed the case to federal court on the grounds of diversity.  Plaintiff's counsel claims that the amount in controversy does not meet the jurisdictional threshold of $75,000 and that she intends to file a motion to remand.  Any such motion shall be filed by March 10, 2014.

Counsel are coordinating a date in March for the plaintiff's deposition.  Another telephonic conference is scheduled for April 29, 2014 at 10:15 a.m.  Defense counsel shall initiate the conference call and shall have plaintiff's counsel on the line when calling chambers at (860) 240-3605.

SO ORDERED at Hartford, Connecticut this 20th day of February, 2014.

                              _____/s/_____
                              Donna F. Martinez
                              United States Magistrate Judge